HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| BOYD E. WHITE,<br><br>                Plaintiff,<br><br>  vs.<br><br>BNSF RAILWAY COMPANY, a Delaware Corporation,<br><br>                Defendant. | No. C09-5188 RJB<br><br>STIPULATION FOR ORDER OF DISMISSAL |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective undersigned attorneys, that the above-captioned cause of action has been settled and should be dismissed with prejudice and without cost to either party.

DATED this 6th day of April, 2010                    DATED this 6th day of April, 2010

**Montgomery Scarp MacDougall, PLLC**         **Rossi Cox Vucinovich Flaskamp, PC**

  s/Bradley P. Scarp                                            s/Jim Vucinovich
Bradley P. Scarp, WSBA No. 21453              Jim Vucinovich, WSBA No. 29199
Debra Dickerson WSBA No. 20397               Of Attorney for plaintiff
Of Attorneys for defendant                            10900 NE 8th Street, Suite 1122
1218 Third Avenue, Suite 2700                     Bellevue, WA 98004
Seattle, WA 98101                                           (425) 646-8003
(206) 625-1801

STIPULATION FOR ORDER OF DISMISSAL- 1

**ORDER**

Based upon the foregoing stipulation, it is ORDERED that the above-entitled cause is hereby dismissed with prejudice and without cost to either party.

DATED this 6th day of April, 2010.

_____
Robert J. Bryan
United States District Judge

**Presented and approved by:**

| **Montgomery Scarp MacDougall, PLLC** | **Rossi Cox Vucinovich Flaskamp, PC** |
|---|---|
| s/Bradley P. Scarp | s/Jim Vucinovich |
| Bradley P. Scarp, WSBA No. 21453 | Jim Vucinovich, WSBA No. 29199 |
| Debra Dickerson WSBA No. 20397 | Of Attorney for plaintiff |
| Of Attorneys for defendant | 10900 NE 8th Street, Suite 1122 |
| 1218 Third Avenue, Suite 2700 | Bellevue, WA 98004 |
| Seattle, WA 98101 | (425) 646-8003 |
| (206) 625-1801 | |

STIPULATION FOR ORDER OF DISMISSAL- 2